IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILFORD A. WADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-17-906-C |
| | ) | |
| DISTRICT ATTORNEY'S OFFICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER AND JUDGMENT ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bernard M. Jones on August 30, 2017. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 4) of the Magistrate Judge is adopted; Plaintiff's submission is construed as a complaint brought pursuant to 42 U.S.C. § 1983; and the Complaint is dismissed. The dismissal of this suit counts as a prior-occasion "strike" for purposes of 28 U.S.C. § 1915(G).

IT IS SO ORDERED this 25th day of September, 2017.

ROBIN J. CAUTHRON
United States District Judge